SEALED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                         CASE NO.  6:23-cr-229-RBD-EJK
                                   18 U.S.C. § 1542

ABDUVOSIT RAZIKOV

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
Use of Passport Secured by False Statement
(18 U.S.C. § 1542)

On or about September 28, 2015, in the Middle District of Florida, the

defendant,

ABDUVOSIT RAZIKOV,

willfully and knowingly used and attempted to use U.S. Passport No. XXXXX0149,

issued under the authority of the United States, the issuance of which was secured in

any way by reason of any false statement, including the presentation of a false

document in the Application for Passport, that is, the defendant submitted as proof

of U.S. citizenship a Certificate of Naturalization, which he knew to have been

procured and obtained by false statements, including, but not limited to, false

statements regarding (1) the defendant's marital status; (2) his fraudulent marriage to

U.S. citizen J.M. for the purpose of procuring an immigration benefit; (3) the birth

and existence of his eldest daughter with Uzbek national D.O.; and (4) his "Good Moral Character" and general eligibility for immigration benefits, which said passport the defendant used to gain entry into the United States at the Orlando International Airport.

In violation of 18 U.S.C. § 1542.

**COUNT TWO**
False Statement in Passport Application
(18 U.S.C. § 1542)

On or about October 13, 2016, in the Middle District of Florida, the defendant,

ABDUVOSIT RAZIKOV,

willfully and knowingly made a false statement in a Form DS-82, U.S. Passport Renewal Application, which resulted in issuance of U.S. Passport No. XXXXX1839, with intent to induce and secure for his own use the issuance and renewal of a passport under the authority of the United States, contrary to the laws regulating the issuance and renewal of such passports and the rules prescribed pursuant to such laws, that is, in such Application the defendant stated that D.O. was his sister, which statement he knew to be false, and in such Application the defendant submitted as proof of U.S. citizenship U.S. Passport No. XXXXX0149, the issuance of which was secured by reason of a false statement and presentation of a false document in the Application for Passport No. XXXXX0149, that is, the defendant submitted as proof of U.S. citizenship a Certificate of Naturalization, which he knew to have been

2

procured and obtained by false statements, as alleged in Count One of this Indictment.

In violation of 18 U.S.C. § 1542.

## COUNT THREE
Use of Passport Secured by False Statement
(18 U.S.C. § 1542)

On or about December 7, 2017, in the Middle District of Florida, the defendant,

ABDUVOSIT RAZIKOV,

willfully and knowingly used and attempted to use U.S. Passport No. XXXXX1839, issued under the authority of the United States, the issuance of which was secured by reason of a false statement made in the application, that is, in such Application the defendant stated that D.O. was his sister, which statement he knew to be false, and in such Application the defendant submitted as proof of U.S. citizenship his U.S. Passport No. XXXXX0149, the issuance of which he had secured by reason of a false statement and presentation of a false document, as alleged in Count One of this Indictment, which said U.S. Passport No. XXXXX1839 the defendant used to gain entry into the United States at the Orlando International Airport.

In violation of 18 U.S.C. § 1542.

3

## COUNT FOUR
Use of Passport Secured by False Statement
(18 U.S.C. § 1542)

On or about July 17, 2022, in the Middle District of Florida, the defendant,

ABDUVOSIT RAZIKOV,

willfully and knowingly used and attempted to use U.S. Passport No. XXXXX1839, issued under the authority of the United States, the issuance of which was secured by reason of a false statement made in the application, that is, in such Application the defendant stated that D.O. was his sister, which statement he knew to be false, and in such Application the defendant submitted as proof of U.S. citizenship U.S. Passport No. XXXXX0149, the issuance of which was secured by reason of a false statement and presentation of a false document, as alleged in Count One of this Indictment, which said U.S. Passport No. XXXXX1839 the defendant used to gain exit out of the United States at the Orlando International Airport.

In violation of 18 U.S.C. § 1542.

## FORFEITURE

1.  The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(6).

2.  Upon conviction of a violation of 18 U.S.C. § 1542, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(6):

    a.  Any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense;

4

b.      Any property, real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and

c.      Any property that is used to facilitate, or is intended to be used to facilitate, the commission of the offense.

3.      If any of the property described above, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substituted property pursuant to 21 U.S.C. § 852(p), as incorporated by 18 U.S.C. § 982(b)(1).

A TRUE BILL,

ROGER B. HANDBERG
United States Attorney

By: _____

Kara M. Wick
Assistant United States Attorney

By: _____

Cherie L. Krigsman
Assistant United States Attorney
Chief, National Security Section

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## ABDUVOSIT RAZIKOV

## INDICTMENT

Violation:

18 U.S.C. § 1542

A true bill,

_____

Filed in open court this 13ᵗʰ day of December, 2023.

_____

Clerk

Bail   $_____

GPO 863 525